UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

ANTONIO GIANCOTTI,                                                     :

                       Plaintiff,                                 :

                                             :        23 Civ. 3457 (JPC)

       -v-                                                            :

                                             :        <u>ORDER</u>

PIZZAROTTI LLC, *et al.*,                                             :

                                             :

                      Defendants.                               :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that, during their participation in private mediation, the parties reached an agreement on all issues. Dkt. 59. The parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by February 16, 2026.

       SO ORDERED.

Dated: December 18, 2025
       New York, New York                            _____
                                       JOHN P. CRONAN
                               United States District Judge