UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ANTONIO GIANCOTTI,                                                      :
:
                            Plaintiff,                                  :
:                    23 Civ. 3457 (JPC)
            -v-                                                         :
:                        ORDER
PIZZAROTTI LLC, *et al.*,                                              :
:
                            Defendants.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Before the Court so-orders any dismissal of Defendants Michael Butta and Ignazio

Campoccia, the parties shall explain why such dismissal is consistent with *Cheeks v. Freeport*

*Pancake House*, 796 F. 3d 199 (2d Cir. 2015), in their submission due February 16, 2026. *See*

Dkt. 60.

        SO ORDERED.

Dated: February 4, 2026
        New York, New York                     _____
                                                       JOHN P. CRONAN
                                                United States District Judge