**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

ANTONIO GIANCOTTI*,*

          Plaintiff,

  *against*                                **1:23-CV-03457 (JPC)**

PIZZAROTTI, LLC,                      **JUDGMENT**

          Defendant.

------------------------------------------------------------------------x

      **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff ANTONIO GIANCOTTI ("Plaintiff") on February 4, 2026; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant PIZZAROTTI, LLC in the amount of Two Hundred Sixty Thousand Dollars and Zero Cents ($260,000.00), inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  February 6, 2026

      New York, New York

_____
Hon. John P. Cronan
USDJ

The Clerk of Court is respectfully directed to close this case.